ABRAHAM GIVATOWSKY, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant, Impleaded with Another.— Order denying motion of defendant-appellant for judgment dismissing the amended complaint for failure to bring on trial within a reasonable time, for lack of merit, and for failure to serve the summons on the codefendant, Russo-Asiatic Bank, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of ALBERT LEVINE, Petitioner, for a Certiorari Order against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, Respondent.— Order of certiorari to review the determination of respondent in dismissing the petitioner from the position which he held as city marshal of the city of New York, unanimously dismissed and the determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EVA ROSENBAUM and Others, Respondents, v. THEATRE PRINTERS, INC., and Others, Appellants, Impleaded with Another.— Action to recover damages from defendants-appellants for wrongfully inducing a breach of contract. Order denying motion of defendants-appellants for judgment dismissing the complaint for insufficiency, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ZACK MORGAN and Others, Respondents, v. BENJAMIN KRASNE, Appellant, Impleaded with Others.— Action for personal injuries. Plaintiffs were riding on defendants' truck as invitees, sitting on the tailboard. Defendants' chauffeur drove the truck at a fast rate of speed over a depression in the roadway, causing the truck to bound into the air and displacing the tailboard, as a result of which plaintiffs lost their balance and were thrown into the roadway. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GIUSEPPE SCALISE, Appellant.— Judgment convicting defendant of violation of section 148 of the Public Welfare Law, obtaining relief from the city of New York by fraud and false representation, unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

C. BRUNO & SON, INC., Appellant, v. IRVING TRUST COMPANY and IRVING TRUST COMPANY, as Executor of the Estate of WILLIAM R. McCLELLAND, Deceased, Respondents.— Action to recover sum of $6,450 based upon a contract entered into on August 31, 1932. Orders granting motions of defendant Irving Trust Company, individually and as executor, to dismiss complaint for insufficiency, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs and the costs of the motion awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.